IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| Linda Denman, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. |
| ) | 12-3058-CV-S-JTM |
| Carolyn W. Colvin, ) | |
| Defendant. ) | |

## O R D E R

On Wednesday, May 1, 2013 the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed July 26, 2012, [Doc. 8] and the *Brief For Defendant*, filed October 9, 2012, [Doc. 13]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the May 1, 2013 oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

*/s/ John T. Maughmer*
**JOHN T. MAUGHMER**
**U. S. MAGISTRATE JUDGE**